# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUBI ARUMUGAM,<br><br>             Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-208,<br><br>            Defendants. | CASE NO. C13-1132JLR<br><br>ORDER DISMISSING COMPLAINT |

Plaintiff Subi Arumugam's complaint is dismissed for failure to serve Defendants in a timely manner. Although Plaintiff filed his complaint on July 8, 2013 (Compl. (Dkt. # 1)), he has yet to serve any of the Defendants. On November 20, 2013, the court issued an order to show cause within 14 days why the action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). (11/20/13 Order (Dkt. # 4).) Federal Rule of Civil Procedure 4 requires plaintiffs to serve defendants with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing

ORDER- 1

so. *See* Fed. R. Civ. P. 4. Rule 4(m) provides a 120-day timeframe in which service must be effectuated:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Here, Plaintiff has failed to serve Defendants with a summons and a copy of the Complaint within the timeframe provided in Rule 4(m). Further, more than 14 days have passed since the court's order to show cause, and Plaintiff has done nothing to demonstrate good cause for failing to serve Defendants. Accordingly, the court DISMISSES this action without prejudice.

Dated this 3rd day of January, 2014.

JAMES L. ROBART
United States District Judge

ORDER- 2